UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Camp,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a
CP Rail System,

Defendant.

Court File No. 01-1598 JRT/FLN

**STIPULATION AND ORDER FOR RELEASE OF THE ST. PAUL DEPARTMENT OF HUMAN RIGHTS' FILE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective attorneys, that the St. Paul Department of Human Rights' files relating to Plaintiff David Camp's Charge of Discrimination against Canadian Pacific Rail (Case No. A-3609/EEOC #26FA00045 and Case No. A-3633/EEOC #26FA00065) shall be released to the parties listed below unredacted and in their entirety.

WILLIAM J. EGAN, PLC

By ______________________
William J. Egan (166029)
Attorney for Plaintiff
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: September 12, 2002

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

LEONARD, STREET & DEINARD, P.A.

By______________________________
Susan Thompson (#0251690)
Attorney for Defendant
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Dated: Sept. 20, 2002

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED:

That the St. Paul Department of Human Rights shall release the above-referenced files, in their entirety, to the above-referenced attorneys.

BY THE COURT:

Dated: Sept 25, 2002

______________________________
Magistrate Judge Franklin L. Noel