UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Camp,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a
CP Rail System,

Defendant.

Court File No. 01-1598 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above matter, having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties hereto and through their respective counsel, that the above-captioned action may be dismissed with prejudice and without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that any of the parties, without notice to the other, may cause judgment of dismissal with prejudice to be entered herein.

Respectfully submitted,

WILLIAM J. EGAN, PLC

By [signature]
William J. Egan (166029)
Attorney for Plaintiff
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: July 21, 2003

FILED JUL 2 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 2 2 2003
DEPUTY CLERK

LEONARD, STREET & DEINARD, P.A.

By [signature]
Robert Zeglovitch (#163557)
Attorney for Defendant
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Dated: July 22, 2003

ORDER

IT IS HEREBY ORDERED, that the above action is hereby dismissed with prejudice and without further costs to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:
[signature]

Dated: July 22, 2003

The Honorable ~~Jonathan R.~~ John Tunheim